**FILED**
JAN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR 220-W |
| Plaintiff, ) | I N F O R M A T I O N |
| ) | |
| v. ) | Title 8, U.S.C., |
| ) | Secs. 1324(a)(1)(A)(iii) and |
| XAVIER HUMBERTO LOPEZ-BORREGO, ) | (v)(II) - Harboring Illegal Aliens |
| ) | and Aiding and Abetting |
| Defendant. ) | |

The United States Attorney charges:

On or about January 7, 2008, within the Southern District of California, defendant XAVIER HUMBERTO LOPEZ-BORREGO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Salvador Pineda-Ramirez, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such alien in a building located at 737 Renaud Court, Calexico, California; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(II).

DATED: January 24, 2008 .

KAREN P. HEWITT
United States Attorney

*/s/ John F. Weis*

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:drh:Imperial
1/23/08