AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| XAVIER HUMBERTO LOPEZ-BORREGO | CASE NUMBER: 08CR220-W |

I, XAVIER HUMBERTO LOPEZ-BORREGO, the above-named defendant, who is accused of committing the following offenses:

Harboring Illegal Aliens and Aiding and Abetting, on or about January 7, 2008, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(iii) and (v)(II) (Felony)

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 1/24/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

XAVIER HUMBERTO LOPEZ-BORREGO
Defendant

FRANK M. MURPHY    1/21/08
Defense Counsel for
Xavier Humberto Lopez-Borrego

Before _____
        Judicial Officer

**FILED**
JAN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL